STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Robert Kevin McCartney
DWCC   H3A DOC No. 358987
670 Bell Hill Road
Homer, La 71040

REHEARING ACTION: June 24, 2009

**Docket Number: 09   00030-CA**

**ROBERT KEVIN MCCARTNEY, ET AL.**
**VERSUS**
**GEORGE MCCORMICK, ET AL.**

**Appealed from Rapides Parish Case No. 225,011**

BEFORE JUDGES:

**Hon. John D. Saunders**
**Hon. Michael G. Sullivan**
**Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Kevin McCartney** has this day been

**DENIED.**

cc: Robert Lewis Bussey, Counsel for the Appellee
    William M. Ford, Counsel for the Appellee
    H. Bradford Calvit, Counsel for the Appellee
    John Franklin Weeks  II, Counsel for the Appellee
    Loren Marc Lampert, Counsel for the Appellee